In the Matter of the Estate of SARAH E. WHITE, Deceased. GERTRUDE T. BARTLETT, Appellant; MARY M. KASSON, as Administratrix of the Estate of JOHN K. THORNE, Deceased, et al., Respondents.

(Argued November 21, 1933; decided December 5, 1933.)

*Edward H. Wilson* for appellant.

*G. G. W. Green* for respondents.

Order affirmed, with costs payable out of the estate to all parties filing briefs. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN. HUBBS and CROUCH, JJ.